IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VIVIAN YOUNG, | ) | 8:14CV15 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CAROLYN J. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before me on Plaintiff's unopposed Motion to Extend. (Filing 14.) In the Motion, Plaintiff asks me to extend the briefing schedule an additional 14 days. (*Id*.) I will grant the Motion and the briefing schedule will be extended as set forth below. Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion to Extend (filing 14) is granted.

2. Plaintiff shall file a brief by September 2, 2014;

3. Defendant shall file a brief by October 2, 2014;

4. Plaintiff may file a reply brief by October 16, 2014; and

5. This case shall be ripe for decision on October 17, 2014.

DATED this 19th day of August, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.