IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VIVIAN YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV15 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN J. COLVIN, Acting | ) | **MEMORANDUM** |
| Commissioner of Social Security | ) | **AND ORDER** |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Filing 21.) Plaintiff's application requests an award of $6,158.25 for 31.2 hours of work by her attorneys at an average hourly rate of $191.25. The parties have since agreed, however, that Plaintiff should receive an award of $5,967.00. (Filings 22 & 23.)

The court has determined that Plaintiff was indeed the prevailing party in this action, as the Commissioner's decision was reversed and remanded for further proceedings; the position of the Commissioner was not substantially justified; the application for fees was filed in a timely fashion; and Plaintiff's net worth did not exceed two million dollars when the action was filed. *United States SEC v. Zahareas,* 374 F.3d 624, 630 (8th Cir. 2004); 28 U.S.C. § 2412(d)(1)(A), (2)(B). Plaintiff therefore is entitled to an award of reasonable attorney fees. Further, in accordance with *Astrue v. Ratliff,* 560 U.S. 586 (2010), the EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States.

Accordingly,

IT IS ORDERED:

1. Plaintiff's application for attorneys fees pursuant to the Equal Access to Justice Act (Filing 21) is granted, but the award shall be in the amount of $5,967.00, as agreed by the parties. (Filings 22 & 23.)

2. The EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States.

3. By separate document, the court shall enter judgment for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees of $5,967.00.

DATED this 20th day of July, 2015.

BY THE COURT:
*s/ Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.